UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, AND SELECTIVE INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiffs,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY<br><br>            Defendant. | C.A. NO. 1:19-cv-12294-JGD |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXCEED
TWENTY-PAGE LIMIT FOR SUMMARY JUDGMENT MEMORANDUM**

Pursuant to Local Rule 7.1(B)(4), plaintiffs, Selective Insurance Company of the Southeast and Selective Insurance Company of America (collectively, "Selective"), hereby move for leave to file the accompanying Memorandum in support of their cross motion for summary judgment that exceeds, by approximately six (6) pages, the twenty (20) page limit set forth in the applicable Court rules.

As grounds for this assented-to motion, Selective relies upon the following:

1.  To assist the Court in deciding the issues raised by the parties' cross motions for summary judgment, Selective's Memorandum includes a thorough discussion of instructive Massachusetts state and federal court decisions that address comparable disputes over the availability of coverage under commercial general liability and auto liability policies for accidents that involve the use of an insured auto, with a comprehensive overview of the claims and allegations in the underlying lawsuit that gave rise to this dispute, and the relevant provisions in both parties' policies.

1

2. Selective's inclusion of approximately four (6) additional pages to adequately address the foregoing will not impose any burden on Defendant's ability to respond to Selective's cross motion for summary judgment, nor result in the unnecessary or duplicative filing of materials with the Court.

WHEREFORE, Plaintiffs respectfully request that the Court grant Selective leave to file the accompanying Memorandum in excess of the 20-page limitation set forth in Local Rule 7.1(B)(4).

Dated: December 21, 2020

Respectfully submitted,

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, and SELECTIVE INSURANCE COMPANY OF AMERICA,

By their Attorneys,

*/s/ Barbara O'Donnell*
Barbara O'Donnell (#5416151)
SULLOWAY & HOLLIS, P.L.L.C.
50 Cabot Street, Suite 204
Needham, MA 02494
40 Westminster Street, Suite 201
Providence, RI 02903
Direct: (401) 421-3659/(508)612-8863
Email: bodonnell@sulloway.com

Assented to:

STEADFAST INSURANCE COMPANY
By its Attorneys,

*/s/Lincoln A. Rose*
Tamara Smith Holtslag, BBO # 634027
Lincoln A. Rose, BBO # 691797
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue, 6th Floor
Boston, MA 02210
(617) 951-2100
tsmith@peabodyarnold.com
lrose@peabodyarnold.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) with paper copies sent to any non-registered participants on this 21st day of December 2020.

                                       /s/ Barbara O'Donnell_____
                                       Barbara O'Donnell